[No. 8074-1-I.   Division One.   April 13, 1981.]

SECTO PROPERTIES, INC., *Respondent,* v. ROBERT WILSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 846850, James A. Noe, J., entered September 14, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, C.J., and Callow, J.

[No. 4546-II.   Division Two.   April 13, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK CZAJA, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-1-00373-3, Robert J. Bryan, J., entered January 11, 1980. *Reversed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4472-II.   Division Two.   April 13, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNON EDWIN MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-1-00385-7, Terence Hanley, J., entered December 20, 1979. *Reversed* and *remanded* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson and Petrich, JJ.

[No. 4269-II.   Division Two.   April 13, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. SIDNEY D. TRAULSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-344, John W. Schumacher, J., entered September 7, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.